UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILLON EDWARD ALCALA,<br><br>        Plaintiff,<br><br>    vs.<br><br>EATON, et al.,<br><br>        Defendants. | 1:21-cv-00592-GSA-PC<br><br>**ORDER DENYING REQUEST FOR INITIATION OF SERVICE**<br>**(ECF No. 11.)** |

**I.    BACKGROUND**

Dillon Edward Alcala ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on April 8, 2021. (ECF No. 1.)

On October 6, 2021, Plaintiff filed a request for the court to initiate service of process upon defendant Eaton in this case. (ECF No. 11.) Plaintiff requests the court to issue a summons requiring defendant Eaton to answer the Complaint.

**II.    SCREENING AND SERVICE OF PROCESS**

The court is required by law to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity, such as the instant action brought pursuant to 42 U.S.C. § 1983. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or

malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).

With respect to service, the court will, *sua sponte*, initiate service of the Complaint only after the court has screened the Complaint and determined that it contains cognizable claims for relief against the named defendants.

Here, Plaintiff's Complaint awaits the court's requisite screening, therefore it is not time for service in this case.  Therefore, Plaintiff's request shall be denied.

### III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for initiation of service of process, filed on October 6, 2021, is DENIED.

IT IS SO ORDERED.

Dated:   **October 12, 2021**               **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE