UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILLON EDWARD ALCALA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EATON, et al.,<br><br>　　　　Defendants. | No. 1:21-cv-00592-ADA-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION IN FULL AND DISMISSING THIS CASE WITHOUT PREJUDICE, FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT'S ORDER TO SHOW CAUSE<br><br>(ECF Nos. 14, 16.) |

Dillon Edward Alcala ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 23, 2023, findings and recommendations were entered, recommending that this case be dismissed without prejudice, based on Plaintiff's failure to comply with the Court's order to show cause issued on December 1, 2022. (ECF No. 16.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (*Id.*) The fourteen-day period has passed, and Plaintiff has not filed objections or any other response to the findings and recommendations.

///

///

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations entered by the Magistrate Judge on January 23, 2023, (ECF No. 16), are adopted in full; and

2. This case is dismissed, without prejudice, based on Plaintiff's failure to obey the Court's order to show cause issued on December 1, 2022.

IT IS SO ORDERED.

Dated:   March 20, 2023

UNITED STATES DISTRICT JUDGE